IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  24-po-90008-BGS |
| VS. | |
| MICHAEL R. SIMPKINS | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about December 18, 2023 at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MICHAEL R. SIMPKINS did unlawfully operate a motor vehicle with a canceled, suspended or revoked driving license, in violation of Title 18, United States Code, Section 13, and K.S.A 8-262. **(Driving while license is canceled, suspended or revoked) (Class B Misdemeanor)**

KATE E. BRUBACHER
United States Attorney
District of Kansas


ROBIN A. GRAHAM
Special Assistant U.S. Attorney

*Kelsey Constantino*

KELSEY MOORE CONSTANTINO
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed     1/17/24
_____

*Brooks Severson*
_____
HON BROOKS G. SEVERSON
U.S. Magistrate Judge